Exhibit 1

## 001 jiangxishengwuyuenongzhuang



## 002 湖户权家电



## 003 ZhengDuoJiChuGongCheng



## 004 xiaoweiss



005 yuyuuu



## 006 lixinxianyuanshengzhongzhijiating



## 007 dingyuanxianshunyongzhongyangzhijiatingnongchang



## 008 Jebiion





## 010 Guelineok



## 011 guangxihaoyangjianzhuzhuangxiuzhuangshigongchengyouxiangongsi



## 012 Toeiyuen



013 珲帆户外



## 014 taihexianbaochuanmingnongyejiating







## 017 杨睢障电子商务



## 018 yichengmingliangjianzhugongchengyouxiangongsi



## 019 TaoJiLai-SHOP



## 020 The MILL Market



## 021 WangKangJun-SHOP



## 022 Turbo Steel Structure



## 023 HuangQiYuanFuZhuangJiaGongChang



## 024 xiangfangfang23



## 025 JunTaLvYouDian





026 neimengguhengjiangshangmaoyouxiangongsi

## 027 tianzhenxianruiminliangyoujiagongyouxiangongsi





028 shanxichenyuanmaoyiyouxiangongsi12

## 029 SummitMist



## 030 宠菡百货



## 031 shanxixinchuanyajianzhugongcheng



## 032 Lueindoes



## 033 zhongxiangshiyingwushanshangmaoyouxiangongsi



# 034 linxiuminghaibao





### 035 GuangXiTouYanLvSeNongYeKeJiFaZhanYouXianGongSi



## 037 TXMAK



## 038 Ornaments d



## 039 Aishang Talent Studio



## 040 UYHRI



## 041 Journey S



## 042 YURYURXIAOJIE



## 043 UnlimitedBWC



# 044 LONG YE SHOP



## 045 Colorful Art Canvas Poster



## 046 yiwanlin



## 047 Hiphop Shopping



## 048 CLXLPH



049 funny tin sign



## 050 hgxhfhg



## 051 TODRCraft

