**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Valery Barykin

                           Plaintiff,

v.                                   Case No.:
                                   1:26–cv–06546
                                   Honorable Jorge L.
                                   Alonso

The Partnerships and Unincorporated Associations
Identified on Schedule A

                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 8, 2026:

     MINUTE entry before the Honorable Jorge L. Alonso: Plaintiff's motion [11] for electronic service of process is denied without prejudice. Plaintiff may move again for electronic service of process but must set forth a position as to whether electronic service in this case is consistent with the Seventh Circuit's recent decision in Kangol LLC v. Hangzhou Chuanyue Silk Imp. & Exp. Co., No. 25–2205, 2026 WL 1502198 (7th Cir. May 29, 2026). Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.