**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Valery Barykin

Plaintiff,

v.

Case No.: 1:26−cv−06546
Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 3, 2026:

MINUTE entry before the Honorable Jorge L. Alonso: Pursuant to Federal Rule of Civil Procedure 4(m), the Court must dismiss an action if a defendant is not served within 90 days of the filing of the complaint. The deadline for Plaintiff to effect service was 9/1/26. As Plaintiff did not file any return of service by that deadline, this case is dismissed without prejudice for lack of service. Civil case terminated. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.